# Court of Appeals
# of the State of Georgia

ATLANTA,   September 16, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2266.  KELVIN AKWANZA SPOONER v. WELLS FARGO BANK N. A.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendants Kelvin and Melissa Spooner appealed to the superior court. The superior court entered a final judgment and writ of possession in favor of Wells Fargo Bank, N.A. on June 3, 2015.[1]  On June 8, 2015, Kelvin Spooner filed a "Motion to Dismiss [the] Consent Final Judgment and Writ of Possession and Defendant(s) / Appellant(s) Motion for Summary Judgment" and an "Affidavit of Appearance and Appellant's Brief." The trial court denied Spooner's June 8 motion on June 22, 2015.  Spooner filed a notice of appeal and an application for discretionary appeal from that order.  We dismissed Spooner's application on July 24, 2015.  See Case No. A15D0487.  We lack jurisdiction over Spooner's direct appeal.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." (Punctuation omitted.)  *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  As referenced above, we dismissed Spooner's application for discretionary review of the order at issue, and he is not entitled to a direct appeal of the same order.  Accordingly, his appeal is hereby DISMISSED for lack of jurisdiction.

---

[1] Spooner filed a direct appeal from the trial court's order, which we dismissed for failure to follow discretionary appeal procedures.  See Case No. A15A2114, dismissed on August 3, 2015.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*___09/16/2015___
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*